AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Wendell Doyle Goney<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.<br>5:21-mj-1211-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 11, 2021** in the county of **Lake** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1) | Posession of a firearm affecting commerce by a convicted felon |
| 18 U.S.C. Sec. 32(a)(1) | Destruction of aircraft |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Thomas Harrison, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/20/21

_____
*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                     CASE NO. 5:21-mj-1211-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Harrison, having been duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since January 2020. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. Prior to my employment with the ATF, I attended the Massachusetts Municipal Police Training Councils Basic Reserve Police Academy and worked as a sworn law enforcement officer in the Commonwealth of Massachusetts for approximately 4 years. I also attended the Florida Criminal Justice Standards and Training Commission Basic Law Enforcement Academy and was employed with the Gainesville (Florida) Police Department for approximately 11 years as a sworn law enforcement officer.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in 18 U.S.C. § 2516. I am currently assigned to ATF's Tampa Field Division, Orlando III Field Office, where I conduct investigations of federal firearms violations, crimes of violence and other federal violations.

3. I have received training concerning violations of the Gun Control Act within Title 18 of the United States Code and violations of the National Firearms Act within Title 26 of the United States Code. I have also received specialized training regarding surveillance techniques; interviews; writing of warrants; handling of evidence; arrest procedures; search procedures and testifying in court.

## PURPOSE OF AFFIDAVIT

4. This affidavit is based upon my personal knowledge, a review of evidence obtained during the course of this investigation, and information obtained by me in my official capacity from other law enforcement officers and sources of information that have proven to be reliable during the course of the investigation. In particular, I have worked with Department of Transportation-Office of the Inspector General SA Santos Ramirez to develop the facts underlying this investigation, which are more fully described in this affidavit.

5. This affidavit is submitted for the limited purpose of establishing probable cause in support of the issuance of a criminal complaint and arrest warrant for WENDELL DOYLE GONEY ("GONEY") for violations of 18 U.S.C. §§ 32 (destruction of aircraft) and 922(g)(1) (possession of a firearm affecting commerce by a convicted felon). Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not set forth everything that I have learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that violations of the above-listed federal laws

have been committed. Both violations alleged in this affidavit occurred in Lake County, within the Middle District of Florida.

### FEDERAL AVIATION ADMINISTRATION (FAA) TERMS AND DEFINITIONS

6. The Federal Aviation Administration, ("FAA"), is an agency of the United States within the U.S. Department of Transportation. The FAA has the responsibility for ensuring the safety of aircraft operations within the United States.[1] The FAA is the agency responsible for, among other things, the registration of certain aircraft.

7. The FAA has promulgated a series of regulations that, in part, are designed to ensure the airworthiness of domestic aircraft, including Unmanned Aircraft Systems ("UAS"), commonly referred to as a "drones." FAA regulations require these aircraft to be registered with the FAA.

8. The FAA defines an "aircraft" as any civil, military, or public contrivance invented, used, or designed to navigate, or fly in, the air. The FAA further defines a "public aircraft," in part, as an aircraft owned and operated by the government of a State, the District of Columbia, or a territory or possession of the United States, or a political subdivision of one of these governments. This definition, therefore, would include public aircraft (including drones) owned and operated by government agencies in Lake County.

---

[1] *See also* 18 U.S.C. § 31(a)(1).

9. In Public Law 112-95, Congress confirmed that unmanned aircraft (a drone or UAS) include those used for recreation or hobby purposes, and such aircraft are consistent with the statutory definition set forth 49 U.S.C. § 40102(a)(6). Public Law 112–95 further defined an unmanned aircraft as "an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft."

10. Under 49 U.S.C. § 46501(2), the "special aircraft jurisdiction of the United States" includes any of the following aircraft in flight: (a) civil aircraft of the United States; (b) an aircraft of the armed forces of the United States; and (c) another aircraft in the United States.

## PROBABLE CAUSE

11. On or about July 11, 2021, deputies from the Lake County Sheriff's Office (LCSO) responded to a possible burglary at a ten-acre industrial facility located at 2405 Britt Road, Mount Dora. A front access gate on the fenced property had been damaged by impact, breaking a hinge. Deputies also discovered unsecured doors on some of the buildings at the facility, suggesting that intruders might be present.

12. To ensure that there were no persons illegally on the property, deputies initially attempted to conduct a ground search. Because of the large size of the property, however, LCSO Sergeant Stevens deployed his agency owned DJI Matrice M300 Unmanned Aerial Vehicle (UAV)—a drone—to assist with the search. This

drone is a registered aircraft through the FAA and meets the definition of an "aircraft" in 18 U.S.C. § 31(a)(1).[2]

13. Near the end of the drone's perimeter flight of the ten-acre facility, deputies heard two loud "pops" coming from a neighboring property. These sounds were subsequently determined to be gunshots. At the same time as these gunshots occurred, Sergeant Stevens received multiple warnings and alarms on the drone's controller that indicated that it no longer was responding to his commands. Sergeant Stevens then observed the damaged drone slowly spinning downward and emitting smoke. It eventually crashed onto the metal roof of an outbuilding, became suspended on a rain gutter, and caught fire. Deputies later determined that the gunshots had damaged a lithium battery on the drone, leading to the fire.

14. Deputies immediately went to the location where the gunshots had originated—a residence on Britt Road, Mount Dora. This residence is just south of the ten-acre facility where the drone had been searching. When they arrived at that neighboring property, the deputies encountered the defendant, GONEY, standing in the front yard. A subsequent records search showed GONEY had listed this property as his residence of record.

15. Body camera footage from the deputies captured the ensuing conversation with GONEY. GONEY initially denied that he had shot at the drone.

---

[2] Since this government drone meets the definition of an aircraft and was in flight at the time of the events in this case, it was operating within the "special aircraft jurisdiction of the United States" referenced in 49 U.S.C. § 46501(2).

After realizing that the drone had been equipped with cameras, however, GONEY changed his story and admitted that he had, in fact, shot at it. GONEY claimed that he was unaware that the drone belonged to law enforcement. He explained that he had been "harassed" previously by persons flying other drones over his property.

16.   When asked by one of the deputies if he ever had shot down any drones before, GONEY replied, "No, no…that's the first time I done that—that's the first time I done that and look what it's cost me." GONEY then acknowledged that he had used a .22 caliber firearm to shoot down the drone. He added that he had placed the rifle back inside his residence.

17.   When the deputies inquired as to whether GONEY was a convicted felon, he looked away uncomfortably and stated. "Emm." Based on GONEY's body language and verbal response, the deputies realized that GONEY likely was a convicted felon. When a deputy then commented that GONEY was not even allowed to own a gun, GONEY stated, "I know—I only got it because of [the drones]." A record check using GONEY's identifiers confirmed that GONEY was, in fact, a convicted felon.

18.   Deputies placed GONEY under arrest. Following his arrest, a deputy obtained GONEY's consent to enter his residence and retrieve the .22 caliber rifle used to shoot down the LCSO drone. The firearm was discovered in the exact location described by GONEY. It was loaded with nine rounds of .22 caliber ammunition, including a round in the chamber.

19. The recovered firearm is a Harrington and Richardson, Model 700, .22 caliber rifle, serial number AX453323. A subsequent ATF examination of the markings on the rifle determined that it had been manufactured in Massachusetts. It has, therefore, traveled in or affected interstate commerce prior to its recovery in the Middle District of Florida.

20. Florida court and Department of Corrections (DOC) records confirm that GONEY has approximately 23 prior felony convictions. He has been sentenced to more than a year in state prison on multiple occasions, including 1997, 2007, 2009, and 2013. In light of his admission to deputies that he could not lawfully have a firearm, GONEY clearly knew in July 2021 that he was a convicted felon.

21. GONEY's prior felony convictions from Lake County include:

- **Burglary (3 counts)**
  **Grand Theft – Motor Vehicle**
  **Grand Theft- Firearm**
  **Forgery/Uttering (6 counts)**
  Disposition date: on or about April 28, 1997
  Sentence:   One year and five months' DOC

- **Organized Theft**
  **Grand Theft**
  Disposition date: on or about June 13, 2007
  Sentence:   One year and two months' DOC

- **Grand Theft (2 counts)**
  **Petit Theft - 3rd Conviction**
  **Uttering Forged Bills**
  Disposition date: on or about July 14, 2009
  Sentence:   One year and one day in DOC

- **2+ Simple Battery**
  **Aggravated Assault on LEO**

       Resisting an Officer with Violence
       Aggravated Feeing and Eluding
       Felony DWLSR
       Possession of Cocaine
       Disposition date: on or about September 9, 2013
       Sentence:   Two years and eight months' DOC

GONEY has never had his civil rights restored by executive clemency following these felony convictions.

## CONCLUSION

22.    On the basis of the foregoing facts and evidence, probable cause exists to believe that GONEY has committed violation of 18 U.S.C. §§ 32 and 922(g)(1). Therefore, I respectfully request that the Court issue a criminal complaint and warrant for GONEY's arrest.

This concludes my affidavit.

_____
Special Agent Thomas A. Harrison
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before me
this __20th__ day of September 2021,
at Ocala, Florida.

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

8