# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 5:21-cr-71-GAP-PRL**

**WENDELL DOYLE GONEY**

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Robert Bodnar, Jr. |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | COUNSEL FOR DEFENDANT: | Joshua Woodard |
| COURT REPORTER: | Nikki Peters courttranscripts@outlook.com | PROBATION | Katrina Clark |
| DATE: TIME: TOTAL TIME: | February 22, 2024 9:54 AM – 10:25 p.m. 31 minutes | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

**SENTENCE IMPOSED as to Count One of the Indictment.**

Count Two is DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**:     **48 months** (with credit for time served)

**SUPERVISED RELEASE**:  **3 years**

> *Special conditions of supervised release:*
> (1) Participate in a Drug treatment program
> (2) Drug testing imposed
> (3) Participate in Mental health treatment program
> (4) Credit conditions/restrictions imposed & provide access
> (5) Cooperate in DNA collection

**FINE** is waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION**:  $29,034.00 to Lake County Sheriff's Office payable to Clerk of Court.  Unicor language while incarcerated and $100 payment upon release.

**FORFEITURE Motion for Preliminary Order of Forfeiture (Doc. 86) is GRANTED.**

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at the facility located at Butner (or other suitable facility) so that he receive the mental health treatment and physical issues

Defendant advised of right to appeal.